1  Richard Jennings
   PO Box 2432
2  Mill Valley CA 94942
   Telephone (415)312-8069
3
4  Pro Se

   Plaintiff
5
                    E-filing

6            UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8               SAN FRANCISCO DIVISION

9
   Richard Jennings,                )  Case No  CV 08 2923
10                                   )
            Plaintiff,               )  Complaint:
11                                   )
       vs.                           )  **EX PARTE APPLICATION FOR**
12                                   )  **TEMPORARY RESTRAINING ORDER AND**
   Department of Justice,            )  **ORDER TO SHOW CAUSE RE PRELIMINARY**
13                                   )  **INJUNCTION**
            Defendant                )
14                                   )

15

16  To Defendant(s), Department of Justice:

17  **You are hereby Ordered To Show Cause** at (time)        on (date)        ,

18  Or as soon thereafter as counsel may be heard in the courtroom of the

    Honorable                , located at 450 Golden Gate Avenue, San Francisco CA
19
    94102, why you, your officers agents servants employees and attorneys and those in
20
    active concert or participation with you or them, should not be restrained and
21
    enjoined pending application of preliminary injunction and hearing of this action
22
    from: Targeted harassment which includes unauthorized and illegal use and manipulation
23
    of the Plaintiff's telephone, cell phone, computers, bank, internet accounts and
24
    records. Targeted harassment from privacy invasion which includes dissemination of
25
    Plaintiff's personal and financial information over any medium to include verbal on
26
    electronic speakers on television or in print. Targeted harassment from following
27
    Plaintiff through illegal monitoring and surveillance and then causing others to
28

                                      - 1 -

comment or interact negatively towards the Plaintiff. Targeted harassment because of Department of Justice computer problems which cause the Plaintiff to suffer and experience unwanted interest and then exploitation of the situation.

The Plaintiff states immediate and irreparable harm or injury if not allowed to support himself with a job and if the identity theft continues because no Temporary Restraining Order is in place.

**Pending hearing** on the above Order to Show Cause, you, your officers agents servants employees and attorneys and those in active concert or participation with you or them **are hereby restrained and enjoined** from: Harassing the Plaintiff Richard Jennings in any of the manner mentioned above.

The above Temporary Restraining Order is effective at Plaintiff's filing. This Order to Show Cause, and Plaintiff's supporting brief and letters showing intent to notify, must be served on Defendant(s) no later than court days before the date set for hearing and proof of service shall be filed no later than court days before the hearing. Any response or opposition to this Order to Show Cause must be filed and personally served on the Plaintiff no later than court days before the date set for hearing, and proof of service shall be filed no later than court days before the hearing.

DATED:_____________, _____

_______________________________

UNITED STATES DISTRICT JUDGE

Dated this day, JUNE 11, 2008

Richard B. Jennings
P.O. Box 2432
Mill Valley CA 94942

1  The Plaintiff Richard Jennings is applying for a Temporary Restraining Order,
2  enjoining and restraining the Defendant and their agents servants and employees from
3  harassing the Plaintiff. The Plaintiff has called and written the Defendant many times
4  since July 2007 and explained that there is a persistent pattern of illegal activity
5  directed towards the Plaintiff that violates the Plaintiff's civil and human rights
6  and also includes identity theft. These violations cause the Plaintiff to suffer
7  hardship and deny the Plaintiff the ability to peaceably exist and also denies him
8  means to earn a living by denying him any opportunity to find and keep a job. The
9  harassment is severe and targeted, and has occurred both in the United States and also
10 followed him to Europe. The ability to harass the Plaintiff in such a way as this can
11 be addressed and solved only if the Department of Justice decides that the Plaintiff
12 should no longer be a target. The incitement created by the invasion of the
13 Plaintiff's privacy and then communicating it, is against public interest and causes
14 much confusion.
15 The Plaintiff will be wronged again unless this court grants a Temporary Restraining
16 Order against the Department of Justice, its officers agents servants employees and
17 attorneys and those in active concert or participation with them and outweighs any
18 opinion of the opposing party to keep the Plaintiff in this position.

22  Dated this day, JUNE 11, 2008    *[signature]*

23  Richard B. Jennings
    P.O. Box 2432
24  Mill Valley CA 94942

- 3

To   Senator Feinstein
     Washington DC office
     331 Hart Senate Office Building
     Washington DC 20510
     Fax 202 228-3954

From Richard Jennings
     Mailing address:
     PO Box 2432
     Mill Valley CA 94941
     160 Temelec Circle
     Sonoma CA 95476

July 5 2007
Attn Alex Wilson

I am requesting an appointment to speak with Senator Feinstein regarding my involvement with the negotiations between the city of San Francisco and the police.
I experienced a second false arrest on June 30 2007, while trying to leave California to fly to Europe. The false arrest in Reno Nevada, included being beaten up and then held. I had to pay $735.00 bail to get out of jail and then lost the value of my Amtrak ticket of $183.00.
This money was to be used to alleviate some pressure on me and the city of San Francisco by leaving for a while. I can no longer do this, I no longer have enough money. It is so bad in San Francisco that I experienced yet again an unauthorized and over charge in payment for a room I did not accept. This cost me over $260.00.
I am now in Redwood City at the Holiday Inn at 1836 El Camino. I stayed here last night and will stay the night of July 5 as well.
The problem is now again money. I have asked ABC7/KGO TV on Front street in person to security to help if possible by putting me in contact with a bank that would extend me a personal loan. My credit is not very good and I cannot get a loan. The Millenium project or 'black economic program' that I have been involved in for the last 15 years has ruined everything including my credit.
I have used pay telephones and normal hotel telephones to ask the Governor Schwartzenegger for a grant or loan to help me and the situation I am in but I get a game that involves no answer and led along.
I cannot express to you importantly enough the danger of the situation I find myself in again. My privacy is irrelevant and I worry for my family and friends. If I have to wait until August 1 for my Veteran pay I will be sleeping in the streets and eating very little until then. The pressure humiliation and frustration will cause many problems and I think it very unnecessary.
Can you please help by putting me in contact with a bank that will extend me the credit? I need this help today or tomorrow and beg to not have to wait over the weekend for only money.
Please let me know what you can do as soon as is possible.

Thank You

*[signature]*
Richard B. Jennings
650 299-0909 x 225 rm

SENATOR FEINSTEIN
331 HART SENATE OFFICE BLDG.
WASHINGTON DC 20510

AUG 3 2007
202 228 3954
415 393 0710

From
RICHARD JENNINGS
— IN SAN FRANCISCO —

Dear Senator Feinstein,

I am trusting you have knowledge of my situation. I have not heard anything from you about my requests for assistance so I assume you could not help me. Because of my B of A bank account having fraudulant activity on it I am again in trouble. The bank took $992 out of my savings account unauthorized, besides making it impossible for me to get a loan on my own.

I cannot go to Europe now, and have decided to fly to Washington DC on August 9 2007.

I wish to ask an appointment to speak with you regarding my banking problem and my false arrests. It requires your attention and I know this is a special request. Please grant me an appointment with which to speak to you. I will call your Washington DC office on August 6 and August 8 and ask if I have any reply. Thank you for your attention in this matter.

Richard Jennings
RICHARD B. JENNINGS

To the FBI,   (SENT CERTIFIED MAIL TO FBI HQ)
                    JAN 15 2008

I wanted to stay and research some in the Library of Congress this morning but I was denied entrance with my bags. I have been going for 2 days now with both bags, after problems with them not allowed checked, to the 2nd floor of the library and using the lockers. At first I was told the bags are not clean and odor-free (which is a lie) and then I was told I simply cannot use the lockers nor check them. I am stating again that I am the victim of outright and blatant harassment by the police and that this is also why I emailed twice yesterday. Im now stuck outside and I WILL RUN OUT OF MONEY IN A DAY OR TWO. No food or hotel. I was also forced to move while sleeping outside numerous times with other related harassment and Im asking what do you want me to do so that I can get the emergency monetary assistance and the official letter. It was not much better in the hotels...These requests will help me to take care of myself better. I also want normal so that I can look for a job.

It will now be even tougher to get through the day again and there is too much going on. Please now.

I will mention now my Toyota 4Runner that is at LAX CA, parked off of the main airport. I have a ticket stub but not on me at the moment. The truck is unuseable because it was also the victim of a setup and is dangerous to drive. I am reporting again that I believe the setup done included cops. I wish you to pick up the truck as evidence and give me something with which I can prove the truck faulty. It is very important that it happens now because I am going to try and fix my credit. The problem I face with that is the lack of privacy the middle puts me in. I have a case open with Mr. Berezin, in Senator Feinsteins office SF about my identity theft. I will try and find some place private to go over my credit reports, but I doubt it will happen unless I have money or you simply get me out of the middle. (normal). My information talked about in the middle is going to create more problems. This cannot be because I wish to get a personal loan as well, for another vehicle, and my credit must be repaired enough for a good chance. (The letter is necessary please). I reported the identity theft of my credit cards and bank accounts already so I will also ask what information you have that will help repair my credit. My mother paid for the truck and she is not happy that I cannot do anything except wait in Washington DC. I do not know how much longer this will drag out but I have others depending on me, that they hear from me and understand what is happening.

The last thing I will preesent again at this time is my Mom's house. This is an uncomfortable position for both you and I, but I need to know what it is I have to do to find out what has gone on in and around the house, and what needs looked at. I have reported in the past breakins to the house including electronics and I will be asking what information you have on this.

So please at this time FBI get involved directly and please try and work something out with me so that the situations dont get more uncomfortable than they need to be. I will keep you informed of where things are and hope you can assist in the investigation.

Richard Jennings Jan 15, 2007 10:11am

Case 3:08-cv-02923-WHA   Document 1   Filed 06/12/2008   Page 7 of 16

Fax # (415) 393-0710

Mr. Harry Berezin
Senator Feinstein's office
1 Post St. Ste 2450
San Francisco CA 94104

March 7, 2008

Dear Mr. Berezin

I spoke with you on March 7 2008 in reference to my continuing problem with identity theft. I have asked the Federal Bureau of Investigations for a case number regarding the investigation I am involved in for almost 15 years now. I became officially involved back in 2001, when I first visited the FBI field office in San Francisco, filling out a form. This investigation includes identity theft, several false arrests, many illegal break-ins, illegal monitoring and surveillance, privacy invasion, and being setup by police and police related people whereby I experience severe harassment wherever I go, to include foreign countries. I have been placed in the middle of negotiations between the federal government and the police, and I have asked to receive emergency monetary assistance from the DOJ/FBI because I am a victim of much illegal activity for a long time and can prove that I am not allowed a job while the government keeps me in the middle.

Please ask the FBI to provide me with an official case number, which means they have to publicly open the case, because I know an internal one exists for a long time. This case number will help end the identity theft I experience rather than my continuing to have to react to the identity theft that continues to occur.

I called the Federal Bureau of Investigation's Ms. Lisa Monaco at 202-324-5352 and she referred me to the Washington field office which referred me to Mr. Greg Lott, victim specialist. Please start with talking to Ms. Monaco, she is supposed to give me a Washington field office agent contact, but I continue to wait. If you start there, you will at least know what you are faced with having to do so that I my case opened and a case number assigned.

I have passed information about my situation to the White House liaison office since December 2007 and again in January and February 2008 by the White House fax number. They have mentioned that it takes a month or two sometimes, but this time is about passed.

I will be leaving the hotel I am presently at this weekend of March 8 2008 because I do not have the money to continue to stay. Therefore, I will call you next week, and ask where things are. Thank you for your help, I hope something very soon.

Sincerely,

Richard B. Jennings

Made approximately 8 trips to the FBI San Francisco field office 2001 thru 2007, and gave written information.
Visited the Attorney General of California office in 2005 and left written information.
Visited California Governor's office in 2006 and left written information.
Visited Senator Feinstein's office in 2005 and signed in requesting help.

- Taken against my will out of my apartment in Sausilito Ca. twice to a mental hospital in 2002 by police.
- Falsely arrested in 2005, an incorrect warrant for my arrest.
- Falsely accused by Sheriff of trespassing in 2006.
- Falsely arrested in Reno Nevada in 2007.
- Falsely arrested in San Francisco in 2007.
- Identification checked by police several times in 2006, and 2007 because of the special attention created by the DOJ computer.
- Police called in San Francisco for harassment\fight in 2005.
- Police called in Washington DC for break-in while staying at hotel in 2006, trying to visit with FBI HQ.
- Went to court regarding moving violation because I felt it unfair and targeted for ticket in 2007.
- Police called in Spain for theft because special attention created by the DOJ in 2007.
- Police stopped and gave me 2 written notices while in the United Kingdom for the special attention created by the DOJ in 2007.
- Police called twice in Switzerland for someone getting too upset and starting a fight and for harassment because of the special attention created by the DOJ in 2007.
- Police sent several times to question me because I would refuse to give in to harassment while in Washington DC, December 2007 through February 2008.
- Reported break-in and fight twice to police in January 2008 while in Washington DC.

More specific dates can be available but are accurate as stated in this letter. I also have copies of many letters and emails sent to various government agencies and offices.
I give Senator Feinstein and Harry Berezin permission and access to my personal information and give my social security number and birthdate for their records.

Richard Buddy Jennings
SS#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
US passport #424033607
DOB Sep 18 1964

Signed

*[signature]*

Richard B. Jennings

March 14, 2008

To Fax # 202-514-0293
The Department of Justice,
Solicitor General
Mr. Paul Clement

From
Richard Jennings
PO Box 2432
Mill Valley CA 94942

Dear Mr. Clement,
I am writing you and not the Attorney General Mr. Mukasey because of the nature of my future lawsuit. I have reported many times by telephone to the DOJ\AG comment line that there are some in the DOJ that make it their business to follow and harass me. Even when it seems like PERHAPS there are others that might decide to just stay out they drag everybody into the middle to continue this harassment.

Right now at the computer I am being harassed while I try and find my way to let you know what is going on. They decide to affect my thinking and also use the situation to bring other people in on it thereby complicating and further confusing the issue which is LET ME GO and STOP HARASSING ME.

The cops have their personnel and I know they have their people in the DOJ who are supposed to follow procedures and clear up problems. The conspiracy as I have heard it called is to con their way into as much control as they can and make promises to make things better. These people are obviously not concerned with my situation, where I am kept against my will in the middle, and keep bringing people in that continue the game and harass me.

It is my opinion that there are almost two dozen people that have sometime or another followed me for a time and I have always tried to let it be known that they should stop and get out. I do not know how many people these two dozen know that the cops use to continue the game and harass me. The following occurs because the DOJ computer is used on me. They can make me think what they want without my ability to stop the thinking. Some of the time I can ignore it but forget this happening with a normal working person. They can talk in my mind, and talk like they are acting as if they are me. They can make it worse but I have called them domestic terrorists when the scream or belch through me. They can repeat what it is I read or write. And they can use their position to mention people and with me some enjoy mentioning my family and friends. I can prove all this affects others and I can prove, especially when used with the electronic speakers, that they can be the cause of further harassment directed at other people.

I am hoping that the lies I hear extend to what I hear about my family and friends, that they are not harassed. If this is not the case I ask you to contact me about them because this will only help everything. Since I hear nothing, I assume it is not an issue.

The DOJ computer is used to make me sensitive where I can feel drug and physically induced torture. I know it is possible to not be so affected by the computer but I believe it is authorized to not matter. Since my return from Switzerland it has been more known that this should not happen and is in fact a little bit better. But the cops and who they hire drag it down, including me, and use tactics that I cannot believe are allowed.

When finally I am rescued and can better take care of myself I will have to look back and make decisions about what happened for such a long time. This letter is so that those that do not care and think it does not matter understand that I am making it known it does matter.

I thank you for your time and hope my recue happens soon. The emergency monetary assistance will in fact help very much but I continue to wait.

Sinegrely yours,

Richard B. Jennings

April 10, 2008

U.S. Department of State

Office Public Liaison

Bureau Public Affairs

2201 C. St. NW

Washington DC 20520

*Sent Registered Mail*
*April 11 2008*

Richard Jennings

PO Box 2432

Mill Valley CA 94942


To the State Department;

I have requested to the DOJ that I be returned to normal civilian status whereby I do not get persecuted for being in the middle of negotiations between the federal government and the police. The DOJ computer problem follows me even to other countries. This cannot be allowed. Since I am still waiting, I am leaving the United States and flying to Switzerland, Geneva. When I get there, if I am still as here in the States, I will request refugee status under the Asylum Act of the Geneva Convention. Depending what is needed, I will then also renounce my American citizenship. I must be able to look and keep a job like a regular citizen of the United States and state again that the treatment I have experienced is inhumane. I am hereby sending this letter in hope of speedy assistance.

It has been my protest that no one is sent to let me know how my request is being managed or to speak with me and help me. I am always available if you in fact can change this very unfortunate way of handling my situation. Thank you,

Sincerely Yours,

*[signature]*

Richard B. Jennings

SS# 0264-5126

**LA POSTA**

# POSTFAX

**L'originale deve essere**
☐ preparato allo sportello per la consegna
☐ rispedito tramite posta A
☐ archiviato presso la Posta

**Il POSTFAX deve essere**
☐ trasmesso a un telefax privato
☐ preparato allo sportello per la consegna
☐ spedito tramite posta A

Originale per la / il cliente

(001)
Numero di fax: 202 647 2283

**Indirizzo del destinatario:**
Dept of State
Office Public Liason
Bureau Public Affairs
2201 C St NW Washington DC
20520

From
**Indirizzo del mittente:**
Richard Jennings
Locarno Switzerland
Campground w/ Agostino Money

raggiungibile al n.tel.: ~~████~~
01141798601075

| Questa parte viene compilata dall'ufficio accettante | |
|---|---|
| Invio n. | Ufficio Postale / Ufficio accettante |
| Quantità: 1+____ pagine | 14. Mai 2008 |
| Trasmissione Data / Ora / Visto | 6600 LOCARNO 1 |
| | N. IVA 411 750 |
| Ricevimento Data / Ora / Visto | Importo tasse: Fr. 9.-/ incl. IVA 7.6% |
| La Posta Svizzera, Viktoriastrasse 21, 3030 Berna | |

Valgono le condizioni generali della Posta.

Unbenannt

To    Senator Dianne Feinstein
        331 Hart Senate Office Bldg
        Washington DC 20510

From  Richard Jennings
        PO Box 2432
        Mill Valley CA 94942

Fax    202 228-3953

June 5, 2008 Munich Germany 0400

Dear Senator Feinstein,

I have contacted your office in San Francisco regarding my request for assistance in obtaining a public FBI case number. I have spoken with Mr Harry Berezin regarding my identy theft and what to do and then asked for his help with an FBI case number because the identity theft continues and because I need emergency monetary assistance since I am constantly in the middle of DOJ computer problems and suffer severe harassment because of it. The government has made no move to address my situation and I continue to struggle on my own.

I have brought my situation before the Federal court last year but the case was dismissed and my appeal denied. That is why I left the U. S. three times since then, to get away from the harassment and get help from the State Department. My same struggle has continued in Europe, even as an American citizen in another country. This is a definite indication that the government is allowing my situation to continue, going against all my rights as a human being. I am not allowed a job because I am being used and then suffer severe harassment. I have filed many complaints and attempted many times to speak with someone but the State Department has only provided me twice with a small loan to get back to the States. Harry Berezin read me the response sent to his office by the FBI regarding my request for a public case number which was a negative response, I was told they will not give me a public case number. He told me the case is closed.

I must ask if I am to understand that I must save up my money to go to a dentist in hopes of making it more difficult to be used and then sleep with little accomadations so that I can afford to eat and do whatever else it is I must do to survive. I am followed and harassed, in the U.S. and overseas, and it is targeted harassment as my complaints can prove, again this trip to Europe.

Perhaps you would consider my request to speak with you in person Senator Feinstein. I am worried that this situation will never end and will only continue to cause other problems for myself and my family. I hope you agree that my situation has gone on long enough and that I must get some sort of official acknowledgment of my situation and monetary assistance as well from either the DOJ or FBI. It is my desire to file papers in court for an emergency injunction but with my privacy still grossly invaded and the severe harassment continuing because the police create computer problems will cause major problems to continue for me and I mention, others.

I would like very much to speak with you to find out if the State Department can help or if there is a Congressional solution to my predicament. I have asked President Bush for mercy but continue to wait with almost nothing except the promise of problems to continue.

I thank you for your serious consideration and time Senator Feinstein. I will arrive back in San Francisco California at 2105 Saturday June 7, 2008. I have enough money to stay out of the streets for about a week.

Sincerely,

Richard B. Jennings

*[handwritten:]* SENT TO STATE DEPT REGISTERED MAIL

May 14 2008,
To the NY Times

I am stating that I attempted to leave Geneva Switzerland on May 6 2008 but I was not able to because of continued severe harassment as a target just as in Washington DC. I experienced problems every step of the way because targeted identity theft and privacy invasion, much heard over electronic speakers which made planning almost impossible. I am now in Locarno Switzerland after again not being allowed to stay at a place without trouble in Einsideln and then Apthal. I was followed to both places and then as usual it was too much for people to deal with and the cops, without the Ministry of Justice nor the Department of Justice being able to do anything other than to let me continue to be harassed by computer problems with transmissions, make it always difficult.

Here in Locarno I experienced horrible privacy invasion with many friends and family being mentioned. I had to find a place where the transmissions from the computer problem would not affect me too much and was not allowed sleep until 6am this morning. Several of my family including those in Germany, and my father and brothers, in Tucson and California were mentioned. Also John Kantarakias and Liz Gunn in NY and others such as Mike Gilbert in Colorado as well as Jessica Elissery (not sure where) with others were mentioned just yesterday. This has happened repeatedly and I can only hope with no negative consequences. I have let the State Dept U.S. know that they can contact me at 0014 798601075 through Swisscom if they need to get a hold of me in an emergency having to do with family and friends. Please realize that this continues with DOJ and State Dept knowledge and I cannot believe it, especially here in a beautiful mountain city. I am targeted and tired. I hope to make it a legal matter sometime in June unless the FBI/DOJ gets me emergency monetary assistance and/or official acknowledgement. Thank you,

Richard Jennings

*[signature]*

TO

OFFICE OF SENATOR DIANNE FEINSTEIN

Attention   Liz Pollack

Scheduling Office

331 Hart Senate Office Bldg

Washington DC 20510

FROM

Richard B. Jennings

PO Box 2432

Mill Valley CA 94942

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
Richard Jennings

**(b)** County of Residence of First Listed Plaintiff: Marin
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Pro Se
P.O. Box 2432
Mill Valley Ca 94942
(415) 312-8069

## DEFENDANTS
Department of Justice

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
Solicitor General
Paul Clement

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)
[x] 440 Other Civil Rights
[x] 890 Other Statutory Actions

## V. ORIGIN
[x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: FRCP 28 §1331
Brief description of cause: Severe Harassment

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
[x] SAN FRANCISCO/OAKLAND    [ ] SAN JOSE

DATE: June 12 2008
SIGNATURE OF ATTORNEY OF RECORD