FILED 08 JUN 12 PM 12:12 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Clear Form

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD JENNINGS Plaintiff,

vs.

DEPARTMENT OF JUSTICE Defendant.

CASE NO. CV 08 2923

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
**(Non-prisoner cases only)**

JL

I, RICHARD JENNINGS declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ________________ Net: ________________

Employer: ________________

________________

If the answer is "no," state the date of last employment and the amount of the gross and net salary

and wages per month which you received.

COSCO NOVATO 2004 $1000.00 MNTH GROSS $800.00 NET

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment? Yes ___ No ✓

b. Income from stocks, bonds, or royalties? Yes ___ No ✓

c. Rent payments? Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ✓ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

US DEPT OF VETERANS $2400.00 MNTH NET

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ____________________

Spouse's Place of Employment: ____________________

Spouse's Monthly Salary, Wages or Income:

Gross $____________ Net $____________

4. a. List amount you contribute to your spouse's support:$ ____________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

______________________________________________________________________

______________________________________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ✓ No ____

Make TOYOTA Year 2006 Model 4RUNNER

Is it financed? Yes ✓ No ______ If so, Total due: $ ______________________

Monthly Payment: $ 400.00

7. Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Wells Fargo San Francisco CA

______________________________________________________________________

Present balance(s): $ 75.00

Do you own any cash? Yes ✓ No ____ Amount: $ 150.00

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

______________________________________________________________________

8. What are your monthly expenses?

Rent: $ 1600.00 Utilities: ______________________

Food: $ 600.00 Clothing: 200.00

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| ________________ | $ ________________ | $ ________________ |
| ________________ | $ ________________ | $ ________________ |
| ________________ | $ ________________ | $ ________________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

June 12 2008

DATE

SIGNATURE OF APPLICANT