```
 1 | NESTMACRO(v95)
 2 |                    UNITED STATES DISTRICT COURT
 3 |                   NORTHERN DISTRICT OF CALIFORNIA
 4 | FIELD(1)  [Richard Jennings]
 5 |         Plaintiff(s),              No. FIELD(3) JL   [08-2923]
 6 |      v.                            NOTICE OF IMPENDING
 7 |                                    REASSIGNMENT TO A UNITED
 8 | FIELD(2)  [Department of Justice]  STATES DISTRICT COURT JUDGE
 9 |         Defendant(s).
10 | _____/
```

11  The Clerk of this Court will now randomly reassign this case to a United States District
12  Judge because either:

13  (1) One or more of the parties has requested reassignment to a United States
14  District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

15  **XX**  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary
16  restraining order) that a United States Magistrate Judge may not take without the consent of
17  all parties, the necessary consents have not been secured, and time is of the essence.

18  The **CASE MANAGEMENT CONFERENCE** previously scheduled for KEYBOARD(),
19  at 10:30 a.m. on Magistrate Judge Larson's calendar will **NOT** be held.

21  Dated: DATE

23
24                                          Richard W. Wieking, Clerk
                                            United States District Court
25                                          _____
                                            By: Wings Hom, Deputy Clerk