United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD JENNINGS,

    Plaintiff,                                No. C 08-2923 PJH

    v.                                         **ORDER**

DEPARTMENT OF JUSTICE,

    Defendant.

_____/

    Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable William H. Alsup for a determination whether it is related to <u>Jennings v. Government of the United States of America</u>, C-05-1690 WHA; <u>Jennings v. Mueller</u>, C-05-2726 WHA; <u>Jennings v. Government of the United States of America</u>, C-05-3986 WHA; or <u>Jennings v. United States of America, et al.</u>, C-06-6159 WHA.  Plaintiff in the present action filed papers indicating that he "brought [his] situation before the Federal court [in 2007] but the case was dismissed and [the] appeal denied."

**IT IS SO ORDERED.**

Dated: June 16, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENNINGS, | Case Number: CV08-02923 PJH |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DEPARTMENT OF JUSTICE et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Jennings
P.O. Box 2432
Mill Valley, CA 94942

Dated: June 16, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk