IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENNINGS, | No. C 08-02923 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE ON REASSIGNMENT** |
| DEPARTMENT OF JUSTICE, | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Court has scheduled an Initial Case Management Conference for **September 18, 2008 at 11:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel/parties shall submit a joint case management conference statement not to exceed ten pages. All other deadlines in the initial case management scheduling order filed on June 12, 2008 remain in effect.

Parties requesting a continuance shall submit a stipulation and proposed order. If the parties are unable to reach a stipulation, the requesting party shall submit an ex parte application with a proposed order.

Dated: June 18, 2008                             FOR THE COURT,

Richard W. Wieking, Clerk
By: _____
Dawn K. Toland
Courtroom Deputy to the
Honorable William Alsup

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JENNINGS,<br><br>          Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF JUSTICE et al,<br><br>          Defendant._____/ | Case Number: CV08-02923 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Richard Jennings
P.O. Box 2432
Mill Valley, CA 94942

Dated: June 18, 2008

                                                                               Richard W. Wieking, Clerk
                                                                               By: Dawn Toland, Deputy Clerk